**Order entered November 19, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00402-CV

**LOWELL MERRITT, Appellant**

**V.**

**ROBERT DAVIS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-1387-2009 CV**

## ORDER

We **DENY** as moot appellant's September 30, 2014 motion to accept his amended brief filed on July 7, 2014 and appellant's October 20, 2014 motion to file his amended brief filed on October 20, 2014. We **DENY** as moot appellee's October 24, 2014 motion to strike appellant's brief filed on October 20, 2014.

/s/ LANA MYERS
JUSTICE